IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS BENEFIT TRUST, et. al.,<br><br>       Plaintiff(s),<br>  v.<br><br>EL CAMINO PAVING, INC.,<br><br>       Defendant(s).<br>_____/ | CASE NO. 5:13-cv-02269 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of Defendant's recently-entered default (see Docket Item No. 31), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for October 25, 2013, is VACATED.

The court schedules a hearing on Plaintiff's anticipated motion for default judgment for **January 17, 2014, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: October 4, 2013

            EDWARD J. DAVILA
            United States District Judge

1
CASE NO. 5:13-cv-02269 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE