United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS BENEFIT TRUST, et. al., | CASE NO. 5:13-cv-02269 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EL CAMINO PAVING, INC., | |
| Defendant(s). | |

In light of Defendant's recently-entered default (see Docket Item No. 31), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for October 25, 2013, is VACATED.

The court schedules a hearing on Plaintiff's anticipated motion for default judgment for **January 17, 2014, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: October 4, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-02269 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE