CATHERINE E. AROSTEGUI, SBN 118756
VISHTASP M. SOROUSHIAN, SBN 278895
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone:   (916) 325-2500
Facsimile:    (916) 325-2120
Email:         carostegui@beesontayer.com

Attorneys for Plaintiffs TRUSTEES OF THE TEAMSTERS BENEFIT TRUST and TRUSTEES OF THE NORTHERN CALIFORNIA TEAMSTERS APPRENTICE TRAINING & EDUCATION FUND

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN JOSE

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS BENEFIT TRUST and TRUSTEES OF THE NORTHERN CALIFORNIA TEAMSTERS APPRENTICE TRAINING & EDUCATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>EL CAMINO PAVING, INC., a California Corporation,<br><br>Defendant. | Case No. 5:13-CV-02269-EJD<br><br>*AMENDED* ORDER OF DEFAULT JUDGMENT<br><br>Hearing Date:    January 17, 2014<br>Hearing Time:    9:00 A.M.<br>Courtroom:        4<br>Judge:              Edward J. Davila<br>Complaint Filed: May 17, 2013<br>Trial Date:         None set |

Having considered Plaintiffs' Motion for Default Judgment and the Declarations of Nora Johnson, Jim Helmers, and Vishtasp M. Soroushian in support thereof, the Court grants Default Judgment in favor of the Plaintiffs, Trustees of the Teamsters Benefit Trust ("TBT") and Trustees of the Northern California Teamsters Apprentice Training & Education Fund ("TAT").

The Court orders Defendant, El Camino Paving, Inc. ("Defendant"), to pay to the Plaintiff TBT the following:

1. Unpaid delinquent contributions in the amount of $14,785.78;

2. Unpaid liquidated damages of $9,759.81;

3. Interest on unpaid contributions calculated pursuant to Internal Revenue Code 6621, plus three percent (3%) percent, from the date contributions were originally due in the amount of $115.66;

4. Reasonable attorneys' fees in the amount of $11,333.50; and

5. Costs in the amount of $1,143.45, for a total of $37,138.20.

The Court further orders Defendant to pay to the Plaintiff TAT the following:

1. Unpaid delinquent contributions in the amount of $6,323.90

2. Unpaid liquidated damages of $1,975.27;

3. Reasonable attorneys' fees in the amount of $3,579.00 and

4. Costs in the amount of $361.09, for a total of $12,239.26.

The hearing scheduled for January 17, 2014 is VACATED. The court has modified the award of attorneys' fees to exclude the amount anticipated for a hearing on the Motion for Default Judgment. The Clerk shall close this file. This amended judgment is filed to correct clerical error pursuant to Federal Rule of Civil Procedure 60(a), and replaces the original judgment filed on January 15, 2014 (see Docket Item No. 49).

**IT IS SO ORDERED.**

Dated: February 5, 2014

By: _____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge